IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01382-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 76.120.27.252,

    Defendant.
_____/

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Dated: May 21, 2014

                Respectfully submitted,

                By: */s/Jason Kotzker*
                Jason Kotzker
                jason@klgip.com
                KOTZKER LAW GROUP
                9609 S. University Blvd., #632134
                Highlands Ranch, CO 80163
                Phone: 720-330-8329
                *Attorney for Plaintiff*