IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   14-cv-01382-WYD-MEH | Date:   October 20, 2014 |
| Courtroom Deputy: Molly Davenport | FTR – Courtroom A501 |

MALIBU MEDIA, L.L.C.
    Plaintiff,                                                    Jason Kotzker

v.

BILL VOLZ
    Defendant.                                                Christina Saunders

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:    10:14 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:     May 18, 2015**

**Dispositive Motion Deadline:     June 19, 2015**

**Final Pretrial Conference:   August 24, 2015 at 9:45 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel
should **e-mail** the proposed Final Pretrial Order in **Word or
WordPerfect format** to Magistrate Judge Hegarty's chamber's
email account at Hegarty_Chambers@cod.uscourts.gov **one week
prior to the conference.**

**Settlement Conference:**   Defendants requested a Settlement Conference.   Plaintiff's counsel
is to contact chambers this afternoon to regarding an available date
and time.

**Court in recess:    10:18 a.m.           (Hearing concluded)**
**Total time in Court:  0:04**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.