# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01382-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BILL VOLZ,

    Defendant.

_____/

## STIPULATION OF DISMISSAL

Plaintiff Malibu Media, LLC and Defendant Bill Volz, ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed.

Consistent herewith each party consents to the Court having this case closed for administrative purposes.

                Respectfully submitted,

| | |
|---|---|
| /s/ *Jason Kotzker* | /s/ *Christina E. Saunders* |
| Jason Kotzker, Esq. | Christina E. Saunders, Esq. |
| KOTZKER LAW GROUP | Sparkman + Foote, LLP |
| 9609 S. University Blvd., #632134 | 1616 17th Street, Suite 370 |
| Highlands Ranch, CO 80163 | Denver, CO 80234 |
| T: (720) 330-8329 | T: (303) 396-0270 |
| E-mail: jason@klgip.com | E-mail: Saunders@sparkmanfoote.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/ *Jason Kotzker*
      Jason Kotzker, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01382-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BILL VOLZ,

    Defendant.
_____/

### ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Bill Volz's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant John Doe's claims against each other in this matter are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2014.

By: _____
    **UNITED STATES MAGISTRATE JUDGE**