IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01382-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

BILL VOLZ,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed

October 29, 2014 (ECF No. 23).  After a careful review of the Stipulation and the file, it

is

ORDERED that the Stipulation of Dismissal is **APPROVED** and this matter is

**DISMISSED**.

Dated:  October 30, 2014

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge